UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23612-CIV-KING

MARGARET R. DEPASS,

    Plaintiff,

v.

UNUM d/b/a FIRST UNUM LIFE INSURANCE
COMPANY, a Registered Trademark and Marketing
Brand of UNUM GROUP and its INSURING
SUBSIDIARIES

    Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Objections to Unum's Answers to Interrogatories, Unum's Charges for Production and Request to Enforce Proper Answers to DePass's Interrogatories,[1] served on Defendant July 7, 2011. Defendant Unum filed an Opposition (DE #23) on July 25, 2011. Plaintiff did not file her Objections on the record. In addition, Plaintiff did not follow Federal and Local Rules requiring a good faith attempt to confer with opposing counsel. Fed. R. Civ. P. 37(a)(1); S.D. Fla. L.R. 7.1(A)(3). This Court's Local Rules also mandate a specific format for motions to compel:

> Motions to compel discovery . . . shall, for each separate interrogatory, question, request for production, request for admission, subpoena request, or

---

[1] Plaintiff's Objections will be treated as a Motion to Compel, because she seeks better responses to her discovery requests.

deposition question state: (A) verbatim the specific item to be compelled; (B) the specific objections; (C) the grounds assigned for the objection (if not apparent from the objection); and (D) the reasons assigned as supporting the motion as it relates to that specific item. The party shall write this information in immediate succession (e.g., specific request for production, objection, grounds for objection, reasons to support motion; next request for production, objection, grounds for the objection; and so on) to enable the Court to rule separately on each individual item in the motion.

S.D. Fla. L.R. 26.1(h)(2). According to Defendant, Plaintiff did not follow that format.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion to Compel is **DENIED, without prejudice** to, within **twenty (20) days** of the date of this Order, re-file on the record in the format mandated by the Federal Rules of Civil Procedure and the Southern District of Florida Local Rules, and after following the pre-filing procedure required by the Rules.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of July, 2011.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

### *Plaintiff*

**Margaret R DePass**
P.O. Box 83-5641
Miami, FL 33283
PRO SE

### *Counsel for Defendant*

**Kristina Beth Pett**
Pett Furman, PL
2101 NW Corporate Boulevard
Suite 316
Boca Raton, FL 33431-7343
561-994-4311

Fax: 982-8985
Email: kpett@pettfurman.com